UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) NO: 26-43384 |
| | ) CHAPTER 13 |
| Eric Weekly, | ) Hearing Date: 10/22/2026 |
| | ) Hearing Time: 10:00 a.m. |
| | ) Courtroom: 7 South |
| Debtor. | ) |

TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Comes now Diana S. Daugherty, Standing Chapter 13 Trustee, and states as follows:

1. Plan paragraphs 3.5(B) and 3.5(C) provide an incorrect interest rate of 8.50%.

a) The interest rate applicable to this case is 8.25%.

**WHEREFORE**, the Trustee prays that the Court deny confirmation of Debtor’s Chapter 13 Plan; and for such other relief as this Honorable Court deems necessary and just under the circumstances.

Respectfully Submitted,

/s/ Joseph M. Wilson

Diana S. Daugherty
Chapter 13 Trustee
Joseph M. Wilson
FED#51849MO; MO#51849
Attorney For Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100
(314) 781-8881 (fax)
E-Mail: trust33@ch13stl.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above Trustee's Objection was filed electronically with the United States Bankruptcy Court on the _2nd_ day of September, 2026, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

The undersigned hereby certifies that the above Trustee's Objection was filed electronically with the United States Bankruptcy Court and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below, on the _2nd_ day of September, 2026:

Eric Weekly
3929 Magnolia Ave., Apt 2A
St. Louis, MO 63110

/s/ Joseph M. Wilson